

## CHOICE HOTELS INTERNATIONAL, INC.
## FRANCHISE AGREEMENT

2014

**THIS AGREEMENT** ("Agreement") is made in Maryland, effective as of ___September 26, 201__ ("Effective Date"), between **Choice Hotels International, Inc.**, a Delaware corporation ("we" or "us"), and **PHOENIX HOTEL LLC, a Massachusetts limited liability company** ("you").

We and you agree as follows:

  **1. Definitions.** In addition to the terms that are defined in other parts of this Agreement, the following terms shall have the indicated meanings:

  a. "Hotel" means the property located at **1005 Belmont Street, Brockton, MA 02301** ("Location") and includes the building, land and all improvements, structures, fixtures, amenities, equipment, furniture and related rights, privileges and properties at such Location.



k. "Rules and Regulations" means our then-current brand rules and regulations, as updated and/or modified by us in our discretion from time to time (and any supplements) and brand guidelines (including any manuals or policies that we may make available), which may contain, among other things, our standards and requirements for constructing, equipping, furnishing, supplying, operating, maintaining and marketing the Hotel. The Rules and Regulations are expressly incorporated herein by reference and made a part of this Agreement.





DocuSign Envelope ID: AD2923CA-C28C-4D4B-975E-B459CFE8465F



**6.  Your Duties.** You will during the Term:

a.  <u>Compliance with Rules and Regulations</u>. Comply with the requirements of this Agreement and the Rules and Regulations, which you acknowledge we may modify and/or update in our sole discretion from time to time, and not disclose this Agreement or the Rules and Regulations (including any copies of the Rules and Regulations that are no longer the then-current version) to anyone except your authorized employees (or the employees of your management company, if authorized by us);

c.  <u>Ethical Standards; Performance</u>. Establish and maintain a high ethical and moral standard in connection with your operation of the Hotel and not allow or sponsor any activity at the Hotel that could reasonably be determined to negatively impact the Brand Mark, the Choice Marks, our System, the Other Choice Brand Hotels or our business reputation; operate the Hotel in a professional manner that meets or exceeds the generally accepted standards of performance of leading hotel operators in the industry;

d.  <u>Compliance with Laws</u>. Comply with all local, state, and federal laws, rules, regulations and agency orders applicable to you and the construction, renovation, operation, maintenance and promotion of the Hotel and not permit the Hotel to be used for any purpose or activity that is unlawful or that is not contemplated by this Agreement or the Rules and Regulations;





DocuSign Envelope ID: AD2923CA-C28C-4D4B-975E-B459CFE8465F



















DocuSign Envelope ID: AD2923CA-C28C-4D4B-975E-B459CFE8465F



c. <u>Control; No Duty; Independent Contractor</u>. You acknowledge and agree that you are solely responsible for exercising ordinary business control over the Hotel, including personnel matters of Hotel employees and pricing of rooms and other services at the Hotel. This Agreement does not create a fiduciary relationship between you and us. You are an independent contractor. Nothing in this Agreement makes, or is intended to make, either party an agent, legal representative, subsidiary, joint venturer, partner, employee, or servant of the other (except that you agree that we may act as your agent when making reservations for your Hotel).



























