

# Rodeway Inn Rules & Regulations

8/1/2017

# 000 Preface & Introduction



## Code Compliance:

Throughout this manual, there are obligations on Franchisees to comply with all applicable laws, regulations, and codes, such as life safety, building, and health codes. It is not within the scope of reviews/inspections of hotels by Choice to determine the Franchisees´ compliance with such laws, regulations, and codes, nor does Choice have the knowledge or expertise to make such determinations. Choice relies solely on representations from Franchisees that their hotels are in compliance.



Standards for the Rodeway Inn facility and services are designed to ensure a consistent experience that meets guest expectations for a budget brand. This experience starts with the décor of the public space and the service provided by the staff.

The reliability and consistency of the Rodeway Inn system to deliver a strong product, combined with the services and amenities, will be maintained by the use of standards captured in this Rules & Regulations Manual. This Manual, which is subject to change as the brand evolves, has been designed to establish the minimum requirements for the construction, conversion, furnishing, and operation of a Rodeway Inn.







# 100.0 General Rules of Operation

## 100.1 Front Desk Policies

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

A. <u>Setting</u>

1. The Franchisee shall post in the lobby, in a conspicuous location visible from the Front Desk, the Franchisee Statement plaque which says, "This inn is owned and operated by [insert name of Franchisee] under license from *Choice Hotels International, Inc.*"

   a. All plaques must be designed and produced according to Choice standards.

   b. It is required that the Franchisee Statement plaque be displayed on the sidewall of the front desk area to ensure maximum visibility to the guest.

   c. If the plaque is damaged or lost, the Franchisee must replace the plaque at his/her expense.

2. Neatness in the front desk area is of great importance because it is a "first impression" area. Guests at the Front Desk are making purchase/value decisions, and a neat, professional, and uncluttered appearance is required. Files, paperwork, notes, work schedules, telephone lists, restaurant menus, calendars, rates, and other similar items should not be attached to walls or be in guests´ view.

3. Air should be fresh and free of unpleasant odors.

4. Sales of offensive souvenirs, crafts, memorabilia, sundries, or any other items are prohibited at the Front Desk and any portion of the lobby and public areas within a Rodeway Inn. Sales of such items must not impede the functionality of the Front Desk. The only collateral on the Front Desk should be professionally displayed Rodeway Inn information. Non-Choice materials can be in the lobby area but not on the Front Desk.

5. To minimize clutter and maintain a professional atmosphere, it is required that only one central area is utilized for brochures and other area information. The area should be in close proximity to the lobby area and fully accessible to guests.

6. A list of current local emergency telephone numbers is to be maintained at the Front Desk.

7. A written emergency evacuation plan, approved by local fire and safety officials, must be available.

8. A stocked, commercial grade, first aid kit is required at the Front Desk.

9. A mail drop for guest use, convenient to the Front Desk, is required.

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

"Mobile PBX" transponder with him/her at all times. See R&Rs I. Rules of Operation, 100.2 Uniform Standards for more information on appropriate uniforms.

2.  Front office personnel must be fluent in English AND proficient in the predominant language of the jurisdiction in which the franchised hotel is located.

3.  All Front Desk employees must be able to provide directions from various locations to the hotel, and from the hotel to local businesses, places of interest, major highways, airports, restaurants, places of worship, etc. See R&Rs I. Rules of Operation, 130.1 D. Skills & Competency for more information.

C.  Registration

All guests must be accurately registered. Registration information is to include information required by any and all applicable laws and ordinances.





# 100.2 Uniform Standards

A. <u>Uniforms</u>

All employees, with the exception of management personnel not working the front desk, must wear uniforms. For the purpose hereof, "uniform" means clothing of a distinctive design or fashion so as to assist guest recognition of the staff and to distinguish the staff from the general public. The uniforms selected must be appropriate to the franchised property, geographic location, climate and clientele, and must be consistent in terms of style, color and material.

All Rodeway Inn hotel brand employees must wear coordinated uniforms that comply with the Uniforms of Choice program. Uniforms must prominently feature a logo and be clean, well maintained and worn in a professional manner. Any accessories (e.g., belts, shoes, jewelry) and hairstyle must contribute to a professional appearance.

Specific uniform packages are customized by location. The following list offers packages to help you determine the right image for your hotel:

1. **The Classic Collection:** City Center, Urban, Airport (properties with a high density of corporate guests).
2. **The Smart Collection:** Urban, Suburban, Interstate or Roadside (properties with a 50/50 mix of leisure and corporate).
3. **The Resort Collection:** Properties identified as resort locations.























# 110.2 Public Restroom(s) – Optional / If Applicable

Public restrooms are optional. If present, the restrooms must meet the following requirements and the design specifications outlined in R&Rs IV. Architecture & Engineering, 410.14 Public Restroom(s) – Optional / If Applicable and R&Rs V. Interior Design, 510.14 Public Restroom(s) – Optional / If Applicable.

A.  Access
    1.  Restrooms are to be located near the Lobby.

B.  Toilet Tissue & Feminine Hygiene Products

    The following items are required:

    1.  A double-roll toilet tissue dispenser in each stall. An adequate supply of toilet tissue must be maintained at all times.
    2.  Containers for sanitary napkin disposal in each stall in a single stall restroom, a covered waste receptacle is acceptable as the disposal unit.
    3.  Feminine Hygiene Products must be available in women´s or unisex restrooms. Products may be provided via a stocked vending machine or provided complimentary in a basket or other container.

C.  Hand Soap
    1.  Liquid soap in permanent dispensers, convenient to all basins, is required. An adequate supply of soap must be maintained at all times.

D.  Hand Drying
    1.  An adequate supply of paper towels or electric hand drying devices and a waste unit are required. Paper towels may be presented in a dispenser or individually in a basket or tray. In lieu of paper towels, a supply of clean terry hand towels may be provided in a basket with a bin for soiled linen.

See R&Rs IV. Architecture & Engineering, 410.14 Public Restroom(s) – Optional / If Applicable for architectural specifications.

See R&Rs V. Interior Design, 510.14 Public Restroom(s) – Optional / If Applicable and 510.7 Public Space Finish Standards for interior design specifications.



























































































# 160.0 Training

## 160.1 Organizational Management

Properly structuring, staffing and managing a hotel are essential elements in ensuring its success. Thus, it is necessary to have an effective organizational structure in place at every hotel.

A.  <u>Structure and Staffing</u>
   1.  Management organization of a Rodeway can vary according to location, size of property and target guest.
   2.  Positions usually found on property may include, but are not limited to, the following: General Manager, Front Office Manager, Sales Manager, Executive Housekeeper, Maintenance Engineer, Guest Service Agents, Night Audits, Breakfast attendant, Inspectors and Room Attendants.





























































































# 410.05 Signage

The following items are guidelines for exterior signage. Verify all signs and their design are in compliance with local codes and Choice corporate standards, available through the Property Identification Department, before obtaining permits. Obtain permits and approvals in a timely manner so that signage can be installed prior to property opening. See R&Rs VI. Service Marks/Signage, 600.2 Signage.

A. Site Signage
1. Pylon signage (optional) is to be double faced and internally illuminated to feature the property from the greatest distance and along the most heavily traveled roadway.
2. Provide internally illuminated monument signage at the site entrance.
3. Provide at least one high-rise (interstate) or mid-rise (monument) sign.
4. Multi-brand signage is allowed provided it has been approved by *Choice Hotels International* and the Rodeway Inn maintains its brand identity.
5. Secondary Names:  secondary names may not be used without the written permission of *Choice Hotels International* and must be in accordance with the hotel´s franchise agreement and identity standards – as set forth by *Choice Hotels International.*

B. Building Signage
1. Building signage must be internally illuminated and mounted on the building based on the recommended expertise of the Qualified Vendor to provide the best possible exposure for the property.
2. If building does not face traffic, signage must be placed on the side that faces traffic.
3. "Vacancy" or "No Vacancy" signs are prohibited unless approval has been granted by Choice Hotels. Supporting documentation will be required for review to determine approval.
4. Room Rate notification signs are not permitted.
5. Banners, with the exception of Choice Hotels International Gold or Platinum Award banners, are not permitted.   If present, award banners must be removed within 3 months of not maintaining the award and/or the banner becomes damaged or worn in any way.





# 410.11 Lobby

3. <u>Life Safety</u>
   a. Verify compliance with all applicable governing codes and laws including, the location of emergency pull stations, smoke detectors, fire extinguisher cabinets, emergency horn and strobe fixtures, and emergency exit signage.
   b. Closed-circuit security camera to monitor main entry is recommended.



# 510.2 Public Space Food Service

## 510.20 Breakfast Room – Optional / If Applicable



A.  Materials
1.  Floor

2.  Base

3.  Walls

rywall

4.  Counter

5.  Wall-Mounted Bar – Recommended

6.  Door

7.  Ceiling

B.  Atmosphere
    1.

C.  Fixtures, Furnishings, & Equipment - Recommended









































































# 520.10 Guest Room/Suite Finishes

A. <u>Materials</u>
 1. <u>Floor</u>
    ■ █████████████

 2. <u>Base</u>
    ■ ███████████████

 3. <u>Walls</u>
    ■ ████████████████████
    ■ ████████████
    ■ ████████████████ ██████████████████████
    ■ ████████████

 4. <u>Doors</u>
    ■ █████████████
    ■ ████████████████

 5. <u>Ceiling</u>
    ■ █████████████████













