I.W., an individual,

     Plaintiff,

v.

Choice Hotels International, Inc. *et al.*,

     Defendant.

**Civil Action No.: 1:24-cv-10630**

## DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(b)

Defendant Choice Hotels International, Inc. ("Choice"), by and through undersigned counsel, and pursuant to the Court's inherent equitable powers and 28 U.S.C. § 1292(b), respectfully requests that the Court reconsider its Memorandum of Decision (ECF No. 58, "Order," "Opinion," or "Op.") denying Choice's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") (ECF No. 37). A Memorandum of Law and Brief in Support of this Motion is attached hereto.

### Certification Pursuant to Local Rule 7.1(a)

Choice certifies under Local Rule 7.1(a) that it has conferred in good faith with Plaintiff's counsel and that they oppose the instant Motion.

Respectfully submitted this 1st day of August, 2025.

*/s/ Sara M. Turner*
Sara M. Turner (admitted pro hac vice)
Baker Donelson Bearman Caldwell & Berkowitz, PC
1901 6th Avenue North, Suite 2600
Birmingham, Alabama 35203
Phone: (205) 328-0480
smturner@bakerdonelson.com

*/s/ Emily Coughlin*
Emily Coughlin (BBO #554526)
Coughlin Betke LLP
175 Federal Street
Boston, Massachusetts 02110
Phone: 617-988-8050
ecoughlin@coughlinbetke.com

**Counsel for Defendant Choice Hotels
International, Inc.**

## CERTIFICATE OF SERVICE

I, Emily Coughlin, certify that on Aug. 1, 2025, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Emily Coughlin*
Emily Coughlin