# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

I.W., an individual,

        Plaintiff,

    v.

CHOICE HOTELS INTERNATIONAL, INC.

        Defendants.

Case No. 1:2024-cv-10630

## <u>SUGGESTION OF DEATH OF PLAINTIFF I.W.</u>

Counsel for Plaintiff I.W. hereby suggests and hereby gives notice that Plaintiff I.W. died on or about March 21, 2025, in Westborough, Massachusetts. Counsel learned of Plaintiff I.W.'s death on September 25, 2025. Counsel has not received a copy of the death certificate.

Pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, I.W.'s death "should be noted on the record" and it is Counsel's intention to meet that requirement with this filing. Counsel anticipates that no party will be substituted for I.W. in this litigation.

Date: October 16, 2025

Respectfully Submitted,

*/s/ Penny L. Barrick*
Penny L. Barrick (0074110)
Steven C. Babin, Jr. (0093584)
**BABIN LAW, LLC**
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: 614-761-8800
penny.barrick@babinlaws.com
steven.babin@babinlaws.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2025, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

Respectfully Submitted,

*/s/ Penny L. Barrick*
Penny L. Barrick (0074110)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May, 2024, I caused true copies of the within Plaintiff's Unopposed Motion for an Extension of Time until June 10, 2024 to File Her Opposition to Choice Hotels International, Inc.'s Motion to Dismiss to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

/s/ Jennifer J. El-Kadi
Jennifer J. El-Kadi
BABIN LAW, LLC

10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: 614-761-8800
E: Jennifer.elkadi@babinlaws.com