**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **I.W.** | **)** | |
| Plaintiff, | **)** | **1:24-cv-10630-MJJ** |
| **v.** | **)** | |
| | **)** | |
| **Choice Hotels International, Inc. et al.** | **)** | |
| Defendant | **)** | |
| | **)** | |

**ORDER OF DISMISSAL**

October 21, 2025

**Joun, D.J.**

In light of docket entry No. 75, Suggestion of Death, filed on October 16, 2025, it is

hereby **ORDERED** that the above-entitled action be and hereby is dismissed.

October 21, 2025

/s/ Steve K. York
---------------------------
**Deputy Clerk**